DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BERNARD SMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3796

[April 12, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 98-6964CF10A.

Bernard Smith, Miami, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Alexander A. Folley, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***